# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RICK RILEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 12-cv-2566 KHV/JPO |
| | ) |
| **MIDLAND FUNDING, LLC and** | ) |
| **MIDLAND CREDIT MANAGEMENT LLC,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Midland Funding, LLC and Midland Credit Management, Inc. ("Defendants") hereby remove this civil action from the District Court of Wyandotte County, Kansas, entitled *Riley v. Midland Funding LLC*, *et al.*, Case No. 2012CV1036 (the "State Court Action"), to the United States District Court for the District of Kansas. In support of this removal, Midland states as follows:

1. Plaintiff Rick Riley ("Plaintiff") filed his Petition in the State Court Action on or about July 12, 2012, purporting to assert claims against Defendants for violation of the federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.* (Count I), and the Kansas Consumer Protection Act ("KCPA"), K.S.A. 50-627 (Count II).

2. Plaintiff's FDCPA claims against both Defendants present a federal question within this Court's original jurisdiction under 28 U.S.C. § 1331, and the Petition is therefore removable to this Court under 28 U.S.C. § 1441.

3. Plaintiff served Defendants through their Registered Agent, the Corporation Service Company, on or about August 1, 2012. Defendants had no actual or constructive knowledge of the lawsuit before service.

4. This Notice of Removal is filed within thirty (30) days after Defendants were served with a copy of Plaintiff's Petition setting forth the claims upon which this removal is based. Defendants have not filed any responsive pleadings in the District Court of Wyandotte County, Kansas, prior to filing this Notice of Removal.

5. Removal is therefore proper under 28 U.S.C. §§ 1331, 1441, and 1446.

6. In accordance with 28 U.S.C. § 1446(d), Defendants will provide written notice hereof to Plaintiff, and will file a copy of the Notice of Removal with the Clerk of the District Court of Wyandotte County, Kansas.

7. Defendants have, contemporaneously with the filing of this Notice of Removal, submitted copies of all process, pleadings, and orders served upon Defendants in the State Court Action, attached hereto as "**Exhibit A**."

8. Defendants attach this Court's Civil Cover Sheet hereto as "**Exhibit B**."

9. No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved.

WHEREFORE, Defendants Midland Funding, LLC and Midland Credit Management, Inc. respectfully remove this action to this Court for further proceedings according to law.

## DESIGNATION OF PLACE OF TRIAL

Defendants Midland Funding, LLC and Midland Credit Management, Inc. request Kansas City, Kansas as the place of trial.


Dated this 30th day of August, 2012.

                                                                Respectfully Submitted,

                                          By:   /s/ Thomas M. Martin
                                                    Thomas M. Martin    KS# 13620
                                                    Joseph E. Bant         KS #23982
                                                    1010 Walnut, Suite 500
                                                    Kansas City, Missouri 64106
                                                    (816) 421-2500 (telephone)
                                                    (816) 472-2500 (facsimile)
                                                    tmmartin@lrf-kc.com
                                                    jebant@lrf-kc.com
                                                    7015 College Blvd., Suite 135
                                                    Overland Park, Kansas 66211

                                                    ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

       I certify that on this 30th day of August, 2012, I electronically filed the foregoing Notice of Removal with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed the document by first class mail, postage prepaid, to the following:

A.J. Stecklein
Charles D. Kugler
CONSUMER LEGAL CLINIC LLC
748 Ann Avenue
Kansas City, Kansas 66101
Telephone:  (913) 371-1930
Facsimile:  (913) 371-0147
AJStecklein@gmail.com
CDKugler@yahoo.com

ATTORNEYS FOR PLAINTIFF

                                                           /s/  Thomas M. Martin
                                                            Attorney for Defendant