## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RICK RILEY,<br><br>                              Plaintiff,<br><br>vs.<br><br>MIDLAND FUNDING LLC and<br>MIDLAND CREDIT MANAGEMENT INC.,<br>                            Defendant. | Case No. 12-CV-2566 KHV<br><br>Civil Action |

### **PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE**

The Parties to the captioned civil action, by and through their undersigned counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, do hereby stipulate to the dismissal with prejudice of this civil action, with each party to bear its own attorney fees and costs.

                                                                                                    Respectfully submitted,

                                                                                                    By: /s/ A.J. Stecklein
                                                                                                    A.J. Stecklein #16330
                                                                                                    Charles D. Kugler #7031
                                                                                                    Consumer Legal Clinic LLC
                                                                                                    748 Ann Avenue
                                                                                                    Kansas City, Kansas 66101
                                                                                                    Telephone: 913-371-0727
                                                                                                    Facsimile: 913-371-0147
                                                                                                    AJStecklein@gmail.com
                                                                                                    CDKugler@yahoo.com
                                                                                                    Attorneys for Plaintiff

                                                                                                    and

By: /s/ Thomas M. Martin
Thomas M. Martin #13620
Joseph M. Bant  #23982
Lewis Rice & Fingersh LP
1010 Walnut Street, Suite 500
Kansas City, Missouri 64106
Telephone:  816-421-2500
Facsimile:  816-472-2500
TMMartin@lrf-kc.com
JMBant@lrf-kc.com
Attorneys for Defendants